FOX et al., Appellants, v. MATTHIESON, Respondent. (Supreme Court, Appellate Division,

First Department. May 6, 1898.) Action by James W. Fox and others against Franz O. Matthieson. J. M. Hunt, for appellants. E. Root, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.